NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES M. PAQUETTE,                        )
                                          )
        Appellant,                        )
                                          )
v.                                        )   Case No.  2D18-3020
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                         )
                                          )
_____   )

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

James M. Paquette, pro se.


PER CURIAM.


        Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.